# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

BIPINBHAI PATEL, ET. AL
      Plaintiff

   V.

KIRSTJEN NIELSEN, ET. AL.
      Defendant

CIVIL ACTION

NO.  1:18-cv-10745-MLW

## ORDER OF DISMISSAL

WOLF, D. J.

In accordance with the Stipulation of Dismissal (CM/ECF No. 13) filed by the parties and the Court's approval of the Stipulation of Dismissal (CM/ECF No. 14) dated November 2, 2018, it is hereby ORDERED that the above-entitled action be and hereby is dismissed with prejudice and without fees and costs.

By the Court,

November 2, 2018
Date

/s/ Mariliz Montes
Deputy Clerk